

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00043-CR

John David **ALLEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR4900
Honorable Frank J. Castro, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED March 6, 2024.

_____
Patricia O. Alvarez, Justice